Order of May 20, 2010, Withdrawn; Appeal Dismissed and
Memorandum Opinion filed May 27, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00162-CR

____________

 

NATHAN J. ROSNOW, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from County Criminal Court at
Law No. 6

Harris County, Texas

Trial Court Cause No. 1537036

 



 

MEMORANDUM
OPINION

          Appellant was convicted of failure to
stop and give information and filed this appeal.  Subsequently, the trial court
granted appellant’s motion for new trial.

            Generally, we only have
jurisdiction to consider an appeal by a criminal defendant when there has been
a final judgment of conviction.  See Workman v. State, 170 Tex. Crim.
App. 621, 343 S.W.2d 446, 447 (1961); McKown v. State, 915 S.W.2d 160,
161 (Tex. App. – Fort Worth 1996, no pet.).  Because appellant has been granted
a new trial, there is no final conviction to appeal.  

Accordingly, we dismiss
the appeal.  

Further, we withdraw our
order of May 20, 2010, for Wendy Wilkerson to file the reporter’s record in
this appeal.

 

PER CURIAM

 

Panel consists of Justices
Brown, Sullivan, and Christopher.

Do Not Publish C Tex. R. App. P. 47.2(b)